IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| **Technology Licensing Company, Inc.** | ) | Case No.: 12-cv-06124 (PJH) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER OF DISMISSAL** |
| | ) | |
| **Apple, Inc.,** | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER OF DISMISSAL

On this day, Plaintiff, Technology Licensing Company, Inc., and Defendant Apple, Inc. announced to the Court that they have settled their respective claims for relief asserted in this cause.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Apple Inc by Technology Licensing Company, Inc herein are dismissed, with prejudice; and

1    IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be
2  borne by each party incurring the same.
3
4  Dated: February  21 , 2014
5                                              By: _____
6                                                   Phyllis J. Hamilton
                                                    United States District Judge
7

